USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AXA INVESTMENT MANAGERS UK
LIMITED,

                Plaintiff,                    11 **CIVIL** 3221 (PGG)(MHD)

      -against-                     **JUDGMENT**

ENDEAVOR CAPITAL MANAGEMENT
LLC and ANTHONY F. BUFFA,
                Defendants.
------------------------------------------------------------X

Plaintiff AXA Investment Managers UK Ltd. ("AXA") having moved for summary judgment against defendants Endeavor Capital Management LLC ("Edveavor") and Anthony F. Buffa ("Buffa"), and the matter having come before the Honorable Michael H. Dolinger, United States Magistrate Judge, and the Court, on August 24, 2012, having rendered its Memorandum and Order granting plaintiff's motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 27, 2012, plaintiff's motion for summary judgment is granted.

**Dated:** New York, New York
         August 28, 2012

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                                BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____